UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                 :

DENISE LYMAN,                                   :

                                                               :    Case No. 1:20-cv-04390 (PAE)

                      Plaintiff,                  :

                                                               :

          -against-                      :    **NOTICE OF LIMITED**
                                                               :    **APPEARANCE OF**

NEW YORK CITY HEALTH + HOSPITALS CORP.,   :    ***PRO BONO* COUNSEL**

                                                               :

                    Defendant.               :
------------------------------------------------------------------ X

To the Clerk of this Court and all parties of record:

      Please enter our appearances as *pro bono* counsel in this case on behalf of Plaintiff Denise Lyman for the limited and exclusive purpose of mediation.

      The undersigned certify that we are admitted to practice before this Court.

Dated:  Newark, New Jersey
          October 23, 2020

                                      /s  <u>Alan Serrins</u>
                                          Alan Serrins
                                            alan.serrins@shu.edu

                                      /s  <u>Adam E. Collyer</u>
                                          Adam E. Collyer
                                            adam.collyer@shu.edu

                                      /s  <u>Christopher M. Kwok</u>
                                          Christopher M. Kwok
                                            christopher.kwok@shu.edu

                                      **SETON HALL UNIVERSITY**
                                      **SCHOOL OF LAW**
                                      **CONFLICT MANAGEMENT PROGRAM**
                                      One Newark Center, Room 429
                                      Newark, New Jersey 07102
                                      973.642.8084 [Office]