

| JAMES E. JOHNSON<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | ALANA R. MILDNER<br>Labor and Employment Law Division<br>Phone:  (212) 356-1177<br>Fax:  (212) 356-2439<br>Email: amildner@law.nyc.gov |
|---|---|---|

April 20, 2021

**BY ECF**
Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: Lyman v. New York City Health and Hospitals Corporation
      Civil Action No. 20-CV-4390 (PAE) (SLC)
      Law Dept. No.: 2020-025290

Dear Magistrate Judge Cave:

  I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, attorney for Defendant New York City Health and Hospitals Corporation in the above-referenced proceeding.  I write to respectfully request that the Court reschedule the telephonic status conference in this matter currently scheduled for April 27, 2021 at 10 A.M.  This request is made because I have a scheduling conflict with another matter, *Hasday v. City of N.Y. et al.*, 19-cv-10239 (LAP), for which I am to appear for a settlement conference that is anticipated to last the majority of the day.

  I have spoken to Plaintiff's limited scope *pro bono* counsel, Carolyn Young of Cravath, Swaine, & Moore LLP, who consents to this request.  Ms. Young, Plaintiff, and I are all available for a conference on April 30, May 4, or May 6, 2021.

  I thank the Court for its attention to this matter.

> The request to adjourn the telephonic status conference currently scheduled for April 27, 2021 (ECF No. 25) is GRANTED.  The conference is rescheduled to **Tuesday, May 4, 2021 at 10:00 a.m.**  The parties are directed to call the Court's conference line at: 866-390-1828; access code: 380-9799, at the scheduled time.
>
> The Clerk of the Court is respectfully directed to close ECF No. 25.
>
> SO ORDERED  4/21/2021
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

Respectfully submitted,

/s/

Alana R. Mildner
Assistant Corporation Counsel