**BY ECF and FEDEX**

November 8, 2021

Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, New York   10007

        Re: **Lyman v. New York City Health and Hospitals**
           Civil Action No. 20-CV-4390 (PAE) (SLC)

Dear Magistrate Judge Cave,

 I am the Plaintiff, pro-se, in the above referenced matter.

 When the Court referred this matter to mediation the Court graciously included a referral for prose assistance to prepare for mediation. Plaintiff is seeking assistance to prepare for the settlement conference.

 If it is possible to do so, this letter respectfully requests a referral from the Court for assistance preparing for the settlement conference.

 Thank you.

Respectfully,

Denise Lyman, prose
176 West 86th Street 6C
New York, New York 10024

cc. C. Young, A. Croushore

---

Pro se Plaintiff's request at ECF No. 48 is GRANTED.

The Clerk of Court is respectfully directed to attempt to locate pro bono counsel for the limited purpose of representing Plaintiff at the settlement conference scheduled for November 30, 2021.

Pro bono counsel will contact Plaintiff directly. Pro bono counsel will represent Plaintiff solely for purposes of the settlement conference, and that representation will terminate at the conclusion of the settlement process.

The Clerk of Court is respectfully directed to mail a copy of this order to plaintiff at the address below.

SO ORDERED  11/9/2021

Mail to:
Denise Lyman
176 West 86th Street
Apt. 6C
New York, New York 10024

_/s/ Sarah L. Cave_
SARAH L. CAVE
United States Magistrate Judge